# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

SEDRIC ALONZO ROBERTS,       )
                                  )
        Plaintiff ,           )
                                  )
v.                               )  Case No. 1:17-cv-00489-KOB-TMP
                                  )
DISTRICT JUDGE JEB FANNIN, et al.,  )
                                  )
        Defendants.       )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on January 30, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  (Doc. 9).   Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  In accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 5th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE